UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

TIMOTHY EUGENE BASHAM,          )       Case No. 1:16-cv-001736-GSA
                                )
          Plaintiff,            )
                                )
          v.                    )       STIPULATION AND ORDER FOR
                                )       AN EXTENSION OF TIME
                                )
NANCY A. BERRYHILL,             )
Commissioner of Social Security,)
                                )
          Defendant.            )
_____)

    IT IS STIPULATED, by and between the parties, through their respective
counsel of record, that the time for Defendant to file her response to the Confidential
Letter Brief be extended until July 5, 2017. This is Defendant's first request for an
extension of time to file her responsive pleading. Defense counsel required
additional time to fully review the administrative record and consider the
government's position due to conflicting due dates, a high workload during this time
period. Plaintiff's counsel does not object and agrees that all subsequent deadlines
should be accordingly extended.


                        Respectfully submitted,

Date: July 5, 2017      By:    /s/ *Monica Perales**

MONICA PERALES
Attorney for Plaintiff
(* By e-mail authorization on 07/05/17)

Dated: July 5, 2017            PHILLIP A. TALBERT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration

By:    /s/ *Donna W. Anderson*
DONNA W. ANDERSON
Special Assistant U.S. Attorney
Attorneys for Defendant

## ORDER

The parties' stipulation (Doc. 12) is adopted by the Court *nunc pro tunc*. Service of Defendant's confidential letter brief shall be served no later than **July 5, 2017**. All other dates in this Court's scheduling order issued on November 18, 2016 (Doc. 5) are modified accordingly.

IT IS SO ORDERED.

Dated:   **July 7, 2017**            **/s/ Gary S. Austin**
UNITED STATES MAGISTRATE JUDGE