Monica Perales
Attorney at Law: 297739
Law Offices of Lawrence D. Rohlfing
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel.: (562) 868-5886
Fax: (562) 868-5491
E-mail: rohlfing.office@rohlfinglaw.com

Attorneys for Plaintiff
Timothy Eugene Basham

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**FRESNO DIVISION**

| | |
|---|---|
| TIMOTHY EUGENE BASHAM,<br><br>Plaintiff,<br><br>vs.<br><br>NANCY A. BERRYHILL, Acting Commissioner of Social Security,<br><br>Defendant. | Case No.: 1:16-cv-01736-GSA<br><br>STIPULATION AND ORDR FOR DISMISSAL AND ORDER DIRECTING THE CLERK OF THE COURT TO CLOSE THIS CASE |

TO THE HONORABLE GARY S. AUSTIN, MAGISTRATE JUDGE OF THE DISTRICT COURT:

IT IS HEREBY STIPULATED, by and between Timothy Eugene Basham (“Plaintiff”) and Nancy A. Berryhill as the Acting Commissioner of Social Security (“Defendant”), that this matter be dismissed with prejudice, each party to bear its own fees, costs, and expenses.

///

The parties enter into this stipulation pursuant to the terms of F.R.Civ.P. Rule 41(a)(1)(A)(ii) and 41(a)(1)(B), requiring no separate order of the Court.

DATE: August 4, 2017     Respectfully submitted,

LAW OFFICES OF LAWRENCE D. ROHLFING

/s/ *Monica Perales*
BY:_____
Monica Perales
Attorney for plaintiff Timothy Eugene Basham

DATE: August 4, 2017     PHILIP A. TALBERT
United States Attorney

/s/ *Donna W. Anderson*
_____
DONNA W. ANDERSON
Special Assistant United States Attorney
Attorneys for Defendant Nancy A. Berryhill,
Acting Commissioner of Social Security
(Per e-mail authorization)

## ORDER

In light of the stipulation of the parties (Doc. 15), this case is dismissed with prejudice pursuant to Fed. R. Civ. P. Rule 41(a)(1)(A)(ii) and 41(a)(1)(B), each party to bear their own costs, fees, and expenses. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:  **August 8, 2017**          /s/ Gary S. Austin
                                UNITED STATES MAGISTRATE JUDGE